# UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

**Margaret Bozgoz** and **Austin Bozgoz**
Pro Se Litigants
3553 Burr Court Unit A
Fort Meade, Maryland, MD
(410) 858-0107

*Plaintiffs,*

vs.

*Defendants*

**Voncelle James**
Supervisory Management Analyst, VBAOCR
810 Vermont Avenue NW
Washington, DC 20420

**Robert Wilkie**
Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

**Dr. Paul Lawrence, Under Secretary** for Benefits
Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

**Margarita Devlin,**
Principal Deputy Under Secretary for Benefits
Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC 20420

**Thomas Murphy, Midwest District Director**
Charles F. Prevedel Federal Building
9700 Page Avenue
St. Louis, MO 63132

**Mike Frueh,**
Director Benefits Assistance Service
810 Vermont Avenue NW
Washington, DC 20420

**Brandye Terrell**

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

**Civil Action**

**Complaint:**

Case: 1:19–cv–00239   JURY DEMAND
Assigned To : Jackson, Amy Berman
Assign. Date : 1/29/2019
Description: Pro Se Gen. Civ. (F–DECK)

RICO
1983 Civil Rights Violations
1973 Rehabilitation Act
1990 ADA Interference Law
OSHA 1970 Act Violation
Participation Retaliation Act Violation
HIPPA Law Violation
1981 - Civil Rights

RECEIVED

JAN 2 9 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

1   810 Vermont Avenue NW
    Washington, DC 20420

2

3   **Willie Clark**
    **Deputy Under Sec for Field Operations**
    810 Vermont Avenue NW
4   Washington, DC 20420

5
    **Ronald Burke**
6   Assistant Deputy Under Sec for Field Operations
    810 Vermont Avenue NW
7   Washington, DC 20420

8   **Angela Kendrix**
    Director, Veterans Benefits Administration Office of
9   Client Relations (VBAOCR)
    810 Vermont Avenue NW
10  Washington, DC 20420

11  **Voncelle James**
    Supervisory Management Analyst, VBAOCR
12  810 Vermont Avenue NW
    Washington, DC 20420
13

14  **Melvin Gerrets**
    Chief, Program Operations, Compensation Service
15  810 Vermont Avenue NW
    Washington, DC 20420

16
    **Karen Agee**
17  Supervisory Human Relations Specialist
    810 Vermont Avenue NW
18  Washington, DC 20420

19  **Kevin Brown**
    Local Reasonable Accommodations Coordinator
20  810 Vermont Avenue NW
    Washington, DC 20420
21

22  **French Bryant**
    EEO Specialist, Office of Resolution Management
23  810 Vermont Avenue NW
    Washington, DC 20420

24  **Chris Wunsch**

25

    Margaret and Austin Bozgoz
    3553 Burr Court Unit A
    Fort Meade, MD 20755
    (410) 858-0107

1

HR, Specialist/District Reasonable Accommodation
Coordinator

2

810 Vermont Avenue NW
Washington, DC 20420

3

4

**Dr. Jyothi Racha, MD**
Staff Psychiatrist
Medical Center 50 Irving Street NW

5

Washington, DC

6

**Judy Valois**

7

Office of General Counsel, Personnel Law Group
Attorney

8

810 Vermont Avenue NW
Washington, DC 20420

9

**Denise Williams**

10

National Reasonable Accommodations Coordinator
810 Vermont Avenue NW

11

Washington, DC 20420

12

**Cindy Boyd, Investigator**
Office of Resolution Management

13

Office of Investigation & Contracting Team
4801 Linwood Blvd

14

Leavenworth, KS, MO 64128

15

**William T. Lynch, EEO Investigator**

16

Office of Resolution Management
1000 Liberty Avenue, Suite 1801

17

Pittsburgh, Pennsylvania 15222

18

**Daniel Spilsbury, EEO Investigator**
Office of Resolution Management

19

1000 Liberty Avenue, Suite 1801
Pittsburgh, Pennsylvania 15222

20

**Angela B. Myers**

21

Equal Employment Opportunity Specialist/Case
810 Vermont Avenue NW

22

Washington, DC 20420

23

**Gary Richardson**

24

EEO Specialist
Office of Resolution Management

25

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

810 Vermont Avenue NW
Washington, DC 20420

**Lois Scoon**
ORM, VBA EEO Liaison Officer
810 Vermont Avenue NW
Washington, DC 20420

**Lakiaha Marie Anderson**
VA Central Office (VACO) District Manager
810 Vermont Avenue NW
Washington, DC 20420

**Jada L Britt**
VA Central Office (VACO) EEO Assistant
810 Vermont Avenue NW
Washington, DC 20420

**John C. Green**
VA OSHA
810 Vermont Avenue NW
Washington, DC 20420

**Dana M. Dizel**
Triage Case Manager
Office of Accountability and Whistleblower
Protection (OAWP)
810 Vermont Avenue NW
Washington, DC 20420

**John Dunford**
Chairman of the Joint Chiefs of Staff
Pentagon, Arlington, VA

**Chris French, RDML, JAGC, USN**
Legal Counsel to the Chairman
 of the Joint Chiefs of Staff
Pentagon, Arlington, VA

**Dr. Anne Klein**
Anne Klein, PhD
EEO Investigator
21100 Aubrecht Shores Drive
Pine City, MN 55063-4822

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

**Gail M. Leary,**
EEO Services Analyst
USPS Headquarters
National EEO Inv Svcs Office (NEEOISO)
PO Box 21979, Tampa, Florida 33622-1979

**Tamra S. Schweiberger**
USPS Headquarters
National EEO Inv Svcs Office (NEEOISO)
PO Box 21979, Tampa, Florida 33622-1979
Phone: 813.739.2037

**Judith Jarchow Lane**
Program Manager
Lifecare/Workers' Compensation Center
7010 Little River Turnpike; Suite 450
Annandale, VA  22003

**Denise Campbell-Parson**
US EEOC
Washington Field Office
131 M. Street N.E. Room 4NW02F
Washington, DC 20507

**Frances Deltoro**
Washington Field Office
131 M. Street N.E. Room 4NW02F
Washington, DC 20507

**Ashley Meyer**
Director of Government and Business Relations
Office of Congress C.A. Dutch
375 West Padonia, Suite 200
Timonuim, MD 21093

**Danny Evans**
509 Hart Senate Office Building
Washington DC 20510

**David Fitchitt**
Chief Human Capital Officer
810 Vermont Avenue NW
Washington, DC 20420

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

1

2  **Megan Brennan**
   Post Master General

3  475 L'Enfant Plaza SW
   Washington, D.C

4
   **Loren Sweatt**
5  Active Assistant Secretary
   Occupational Safety Health Administration
6  Francis Perkins Building
   Washington, DC

7

8

9      COMES NOW the Plaintiffs above-named, MARGARET BOZGOZ AND AUSTIN

10 BOZGOZ, Pro Se for cause of action against the defendants, alleges and states as follows:

11                                    **I**

12                        **GENERAL ALLEGATIONS**

13 1.    Plaintiff, Margaret Bozgoz is African American, Service Disabled Veteran with Post

14       Traumatic Stress Disorder [which was controlled before dealing with VA] who is the

15       duly appointed Americans with Disability Advocate (ADA) Representative of Robert

16       Bozgoz, having been appointed ADA Representative by Authorization letter, dated 5 Dec

17       2016 submitted to Veterans Affairs Headquarters **(Exhibit 1)**.

18
19 2.    Plaintiff, Austin Bozgoz is African American with a disability and the son of Margaret

20       and Robert Bozgoz.

21 3.    Plaintiffs Margaret and Austin Bozgoz disabilities have been retriggered due to Veterans

22       Affairs willful retaliation and undue delay of effective Reasonable Accommodations for

23       Robert Bozgoz from 11 January 2018 to date

24       (https://www.youtube.com/watch?v=dbDR_lWmdXo,

25

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

https://www.youtube.com/watch?v=z-smuc7lccc&t=186s,

https://www.youtube.com/watch?v=P1eRN2TcFFs&t=187s,

https://www.youtube.com/watch?v=Ogo43LT7aZA&t=26s **and Exhibit 1)**

4.  Robert Bozgoz is Caucasian Service Disabled Veteran and Veterans Affairs Employee

5.  Robert Bozgoz challenged his African American Supervisor, Voncelle James' discriminatory Act on 11 January 2018 by stating ***"Why would you tell me NO to working overtime on Martin Luther King Holiday when the opportunity had been offered to everyone, is it because I am White? Your use of the ellipsis (...) also leads me to believe that you are still thinking of a reason not to authorize overtime (Exhibit 7).***

6.  Margaret and Austin Bozgoz are Pro-Se litigants, residences of Fort Meade, Maryland. Margaret Bozgoz has informed Veterans Affairs in 2016 and 2018 that Veterans Affairs reoccurring civil rights violations, retaliations and undue delay of ineffective Reasonable Accommodation has a domino effect in her family due to their disability **(Exhibit 17).**

7.  The Defendants: Robert Wilkie, Dr. Paul Lawrence, Margarita Devlin, Thomas Murphy, Mike Frueh, Brandye Terrell, Willie Clark, Ronald Burke, Angela Kendrix, Voncelle James, Melvin Gerrets, Karen Agee, Kevin Brown, French Bryant, Chris Wunsch, Dr. Jyothi Racha, Judy Valois, Denise Williams, Cindy Boyd, William T. Lynch, Daniel Spilsbury, Angela Myers, Gary Richardson, Lois Scoon, L. Marie Anderson, Jada L. Britt, John C. Green, Janice Porter, Dana M. Dizel,  Dr. Anne Klein, Judith Jarschow Lane are employed at and or contracted by Department of Veterans Affairs, Washington, DC.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

8.  Joseph Dunford and Chris French are employed by the Department of Defense located in Arlington, VA.

9.  The Defendants: Denise Campbell-Parson and Frances Deltoro are employed by the Equal Employment Opportunity Commission (EEOC) located in Washington, DC.

10. Defendant Ashley Meyer is the Director of Government and Business Relations Office of Congress C.A. *Dutch Ruppersberger, located in Maryland. Specifically, Ms. Meyers stated in Aug 2018 and Dec 2018, that her office would flag VA's ORM/EEO case and ensure VA was following proper EEOC procedures. On 25 January 2019, after hand delivering a disk of hard evidence of fraud, waste, abuse and perjury, the Chief of Staff contacted the ADA representative and informed her that Congressman, Dutch Ruppersberger could not spend anymore time on this case.*

11. Defendant: Danny Evans works for Senator Ben Cardin located in Washington, DC. *Specifically, he discriminated by allowing VA over 6 months to come up with excuses why VA violated executive order 13164 and violated the 1973 Rehabilitation law while using congressionally appropriated funds.*

12. Defendant: David Fichitt work as the Chief Human Capital Officer, Human Relations Official in Washington DC for the Veterans Affairs Benefit Administration, Department of Veterans Affairs.

13. Defendant: Megan Brennan is the Post Master General of the US Postal Service located in Washington, DC.

14. Defendant: Loren Sweatt is the Acting Assistant Secretary of Labor and is the Executive in Charge of the Occupational Safety and Health Administration located in Washington,

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

DC. In *regard to OSHA Regional: OSHA Regional discriminated when the ADA Representative called OSHA Regional on 14 Aug 2018 and informed OSHA that Robert Bozgoz had been evac'd to the hospital as predicted by Dr. Price if VA failed to provide effective RA as his disability had been exacerbated. She stated this was an emergency safety issue. The ADA representative stated that VA OSHA denied an VA OSHA investigation in an effort to block a Department of Labor (DOL) Investigation, therefore, she requested OSHA Regional to investigate the abuse and safety issue at VA. OSHA Regional informed the ADA representative that (1) Everyone in DC is involved, (2) Do not expect justice as VA has an Presidential Executive Order which permits VA to inspect themselves and other agencies to ignore VA issues (3) write a book as that is the closest anyone would get to justice when the ORM/EEOC process is concerned. The attached document was then sent to the ADA representative to prove OSHA Regionals point (Exhibit 23).*

15.   All acts performed by the defendants were performed in **their own individual capacity** and **during the course of their employment** [or contractor employment] for the Veterans Affairs, USP Postal Service, EEOC, Department of the Defense, Congressman Ruppersberger and/or Senator Benjamin Cardin. The incident giving rise to these causes of action occurred in Washington, DC.

## II.
## JURISDICTION AND VENUE

15.   The Federal Court of the District of Columbia has jurisdiction over this matter pursuant to **28 U.S.C 1331 and 2201 and pursuant to 28 U.S.C. 1391 (b) (2) and 1391.**

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

### III.
### FACTS

16.  Pro-Se litigant Margaret Sue and Austin Bozgoz, are residents of Fort Meade, Maryland. Margaret Bozgoz is the wife and Americans with Disability (ADA) Representative of Robert Bozgoz.

17.  Robert and Margaret Bozgoz are both service disabled Veterans.

18.  Robert has been employee with Veterans Affairs over 16 years.

19.  Austin Bozgoz is the son of Robert and Margaret Bozgoz.

20.  The Defendants listed above are employed by the Government using Congressional Appropriated Funds.

21.  The Defendant US Postal Service is an independent establishment of the United States.

22.  All acts performed by the defendants were performed in their own individual capacity and during the course of their employment at Veterans Affairs and/or in Washington, DC. The incident giving rise to these causes of action occurred in Washington, DC.

### BACKGROUND

23. In **December 2016**, Robert Bozgoz established Reasonable Accommodations (RA) due to a Discriminatory act by Director, Veterans Benefits Administration Office of Client Relations (VBAOCR), Angela Kendrix **(Exhibit 1).**

24. Reasonable Accommodations for Robert Bozgoz were established with the support of: (1) Chief of Staff of Veterans Benefits Administration (VBA) Mike Frueh, (2) VBA Deputy Brandye Terrelle, (3) VBAOCR Director, Angela Kendrix, (4) VA Human Relations, Denise Williams, (5) VA Doctor, Dr. Jyothi Racha and (6) Walter Reed Nurse, Deborah Jolissaint as per Executive Order 13164 **(Exhibit 1).**

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

25. **December 2016, VBAOCR** Director Angela Kendrix and VA HR appointed Angela Kendrix as Robert's RA Designated Management Official (DMO) **(Exhibit 1).**

26. Robert's Reasonable Accommodations in 2016 included: (1) Allow telephone calls during work hours to doctors and others for needed support, (2) Use a mentor or supervisor to alter his behavior is becoming unprofessional or inappropriate, (3) Assign a supervisor, manager, or mentor to answer his questions, (4) Restructure job to include only essential functions during time of stress, (5) Refer to counseling, employee assistance program (EAP), (6) Allow flexible work environment (e.g., Modified break schedule, leave for counseling, work from home/flexi-place) **(Exhibit 1).**

27. Robert Bozgoz selected his wife, Margaret Bozgoz to act as his ADA Reasonable Accommodations Representative on **5 Dec 2016** which was placed on file at Veterans Affairs as per regulations and Executive Order 13164 **(Exhibit 1).**

28. Executive Order 13164 required Federal Agencies to establish procedures to facilitate the provision of RA. Executive Order 13164 states:  Federal employees with disabilities can: (1) enjoy benefits and privileges of employment equal to those enjoyed by employees without disabilities, (2) Agencies will maintain/secure employee's RA records in a separate file, (3) Agencies will expeditiously (within 30 days) provide RA (4) Agencies will not request additional medical records, (5) Agency will put in writing all denials and specify the reason for denial, (6) Agencies will ensure systems of record keeping track the processing of requests for reasonable accommodation and maintain the confidentiality of the medical information received in accordance with applicable law and regulations, (7) RA is denied if there is an undue delay, (8) RA is established Orally or in Writing.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

29. All VA leaders [and federal Agencies that received CONGRESSIONALLY APPROPRIATED FUNDS] will be trained and certified in EEOC, Civil Rights Violations, NO FEAR, Whistle Blower Protection, OSHA Act violations **(Exhibit 2)**.

30. **On 4 January 2018**, Robert Bozgoz coordinated with Veterans Affairs to work overtime on Sunday, 14 January 2018 without issue **(Exhibit 3)**.

31. **On 11 January 2018** at approximately:

    a.   **9:00 am,** the Office of Field contacted all employees via email and announced that overtime for 13 and 14 January was cancelled due to scheduled maintenance. However, anyone who was interested in working the next day, 15 Jan, Martin Luther King Holiday, may work **(Exhibit 3)**.

    b.   **9:20 am.** Robert coordinated with Voncelle James and cc'd director, Angela Kendrix via email reschedule his overtime from 14 January to 15 January due to the Office of Field email regarding maintenance **(Exhibit 4)**.

    c.   **9:30 am** Robert went on scheduled leave for the day.

    d.   **Approximately 8:00 p.m**. Robert checked his email and found Voncelle James discriminatory response to his request to work on Martin Luther King. The email was only directed to him vs the entire office **(Exhibit 5)**.

    e.   **8:00 pm.** Once Robert read Voncelle James message, he was triggered as Voncelle James provided no explanation why she denied his request to work on Martin Luther King Holiday while OFO offered everyone else at VA the opportunity. Director, Angela Kendrix had a past history of violating his rights **(Exhibit 1)**. Both Angela Kendrix and Voncelle James are African American.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

f.   Robert responded directly back to: (1) Voncelle James, (2) the entire office and (3) his ADA representative as per VA EEOC, Inclusion and No Fear Policy which states employees are protected against retaliation when they challenge discriminatory acts **(Exhibit 7).**

g.   Robert challenged Voncelle James by stating, ***"why did you tell me no, when everyone else is allowed to work, is it because I am white! The ... appears to me as you are still thinking of a reason to give me."*** **(Exhibit 7).**

h.   Robert could not sleep due to Voncelle James' discriminatory action. Robert went to work early the next morning to discuss his concerns. Robert asked his ADA representative, Margaret Bozgoz to assist him as his disability had been triggered as he needed to know if Voncelle James was prejudice.

32. On **12 January 2018,** Once Margaret Bozgoz appeared in the Office of VA HQ to act as Robert's ADA Representative, Voncelle James and Angela Kendrix refused to speak with Margaret Bozgoz because she was an African American, Service Disabled Veteran married to a White Service Disabled Veteran. Voncelle James and Angela Kendrix had acknowledged her earlier [2016 and Nov 2017] but this time was different. It was the first time Voncelle James and Angela Kendrix saw Margaret Bozgoz in person and realized she was an African American Service Disabled veteran married to a White Service Disabled Veteran.

33.  Voncelle James and Angela Kendrix actions are in clear violation of the: **(1) ADA interference Law (2) Retaliation participation Law, (3) Violation 1983 (KKK) Law,**

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

**(4) Violation of the Loving vs Virginia 388 U.S. 1(1967), (4) Plessly vs. Ferguson 163 U.S. 537(1896), and (5) 1973 Rehabilitation Act.**

34. **On 12 January 2018**, during a schedule meeting that Voncelle James called with Robert regarding his 11 January concerns, Voncelle James refused to acknowledge Roberts 2016 RA by refusing to talk to Robert's ADA Representative while Angela Kendrix sat in her office and gave the greeting of the day to the ADA Representative.

35. **On 12 January 2018**, Angela Kendrix further retaliated against Robert by reporting Robert discussion with Voncelle James [after Voncelle James denied his Reasonable Accommodation] to SES, Mr. Ronald Burke as a threat **(Exhibit 11).**

36. **On 17 January 2018**, Angle Kendrix and Voncelle James further retaliated against Robert Bozgoz and exacerbated Robert's ADA Representative's PTSD after Robert reported to them that he was interested in filing an EEO complaint against them for the 12 January ADA interference and 1973 Rehabilitation civil rights violation **(Exhibit 8).**

37. **On 17 January 2018,** Mrs. Voncelle James emailed Robert herself [and cc'd Mrs.. Kendrix] the HR point of contact information after he requested it on 17 January 2018.

38. **On 18 January 2018,** Angela Kendrix, Voncelle James, Kevin Brown, VA HR retaliated against Robert by denying/losing Robert's (1) 2016 Reasonable Accommodations and (2) the ADA's authorization documents [naming his wife as his ADA representative of choice] **(Exhibit 1, 2016 RA packet). By losing Robert's 2016 RA packet, VA would not be in violation of any federal law.**

39. **On or about 18 January 2018**, VA HR Kevin Brown informed Margaret Bozgoz to file another Reasonable Accommodation packet because VA lost Robert's RA 2016 complete

packet which is a Privacy Act and 1973 Rehabilitation Act Violation.  Kevin Brown discriminated against the ADA Representative by failing to file a privacy act violation against VA which forced her to redo another Reasonable Accommodation packet while Voncelle James and Angela Kendrix was allowed to retaliate and bully Robert.

40. **On 19 January 2018,** after ADA Representative contacted Angela Kendrix, Kevin Brown and cc'd General Dunford and informed them that she had filed the EEO complaint against Angela Kendrix and Voncelle James at 0900, four hours later, Voncelle James retaliated by doing the following:

  a. **1:00 pm:** Voncelle James called Robert Bozgoz into her office **without his ADA representative**. When Robert refused to discuss the 12 January incident/EEO complaint, Voncelle James caused a hostile environment violating the 1970 OSHA act by ordering Robert to speak. Specifically, Voncelle James **stated, "you will speak because I am your supervisor"**.

  b. **1:40 pm**: Robert informed his ADA Representative that Voncelle James violated his rights by directing him to talk in her office alone [and after he filed the EEO complaint against them].

  c. **2:00 pm**: the ADA Representative informed Voncelle James and Angela Kendrix to stop violating Robert's civil rights. In retaliation, Voncelle James and Angela Kendrix contacted Melvin Gerrets and directed him to conduct an illegal internal fact-finding investigation designed to intimidate and threaten Robert's job **(Exhibit 7).**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

41. **On 22 January 2018,** ADA representative, Margaret Bozgoz contacted HR Representative, Kevin Brown and asked him to protect Robert against Voncelle James and Angela Kendrix's further retaliation. Kevin Brown retaliated by ignoring the ADA Representative's request.

42. **On 24 January 2018,** Melvin Gerrets informed Robert that he would conduct a fact-finding investigation against Robert regarding the incidents that occurred on 11 and 12 Jan **(Exhibit 9).** When ADA Representative, Margaret Bozgoz challenged Melvin Gerrets, illegal investigation, Melvin Gerrets: (1) ignored the facts (2) ignored retaliation law, (3) ignored the ADA interference law and (4) conducted the investigation anyway and (5) conducted the investigation without the **required** VA Directive Handbook, 0700 and VA OSHA 1970, VBA Directive 7700 (Exhibit 10, 11 and 23).

43. **On 24 January 2018, Melvin Gerrets** gathered medical documents via email under false pretenses of conducting an illegal investigation **(Exhibit 9).**

44. **On 30 January 2018,** Melvin Gerrets conducted an illegal fact-finding investigation against Robert in retaliation and discriminated against the ADA representative by: (1) not interviewing her and (2) including her after action report in his report as she was a witness **(Exhibit 11)**

45. **On 30 January 2018**, Because Robert's job was being threatened and his anxiety had escalated, Robert's ADA representative agreed to focus on handling the harassment for Robert so he could focus on his job, helping veterans.

46. **On 31 January 2018,** Voncelle James and Angela Kendrix further retaliated by giving Robert a VOID letter of reprimand to place in his personnel file. Voncelle James issued

this void letter of reprimand: (a) in retaliation, (b) under the Federal Records act which was designed to prevent deletion of emails, (c) before Melvin Gerrets failed to complete his illegal fact-finding investigation, and (d) in violation of VA EEOC, Inclusion and NO FEAR Policy which she is trained and certified. When the ADA Representative contacted Voncelle James and Angela Kendrix to stop their illegal behavior. They refused.

47. **On 31 January 2018, Melvin Gerrets conducted his illegal fact-finding investigation. During this investigation, Melvin Gerrets** tricked Robert into signing a document stating information collected at the fact-finding investigation would be used against him in future jobs and he would be protected against retaliation **(Exhibit 11).**

48. **On 31 January 2018,** Melvin Gerrets failed to use the required VA Directive Handbook 700 during his investigation and follow VA's policies that protect Robert against retaliation, illegal harassment and etc.

49. **On 8 February 2018, ADA representative requested the results of Melvin Gerrets** illegal fact-find investigation. Melvin Gerrets discriminated against the ADA Representative and lied. He stated that HR requested the fact-finding investigation and he was not sure if he could provide a copy. Instead of providing the ADA Representative a copy of the report, Melvin Gerrets provided a copy of the report to Angela Kendrix, Voncelle James and Ronald Burke.

50. **Melvin Gerrets denial of his illegal fact-finding investigation** forced the ADA representative and Robert Bozgoz to request the report via the Freedom of Information Act (FOIA) which took 6 months to receive the report through FOIA.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

51. **Melvin Gerrets** report consisted of false facts and painted Robert as a criminal/threat **(Exhibit 11).** The fact that Robert had a disability and Angela Kendrix was his DMO in 2016 was also excluded from the report **(Exhibit 11).**

52. **5 Feb 2018,** ADA Representative informed Kevin Brown and Melvin Gerrets about the illegal retaliation and asked them to assist by talking to Voncelle James and Angela Kendrix. Kevin Brown and Melvin Gerrets ignored this fact which is against VA's EEOC, Inclusion, and NO FEAR Policy, OSHA Act 1970 and VA Directive Handbook 700 which all VA leaders are required to be trained as they received congressionally appropriated funds.

53. **5 Feb 2018**, ADA Representative informed Kevin Brown to file a privacy act violation against VA for losing Robert's 2016 RA packet after Kevin Brown reminded her that he could not locate Robert's 2016 RA packet. Kevin Brown discriminated by (1) ignoring the ADA's request, (2) telling her to submit another packet [new 2018 RA] and (3) allowing the abuse.

54. **5 Feb 2018, French Bryant, <u>EEO</u> Specialist, Office of Resolution Management** discriminated by refusing to return the ADA representative's phone call within 3 business days as per regulations. Instead, he waited approximately 3 weeks (20 days) before returning her call.

55. **9 Feb 2018,** French Bryant, EEO Specialist further discriminated by: (1) contacting the ADA Representative on 9 Feb, (2) collected thorough information (3) then coordinates mediation with VA on 16 Feb knowing VA (e.g. Angela Kendrix, Voncelle James, L.

Marie Anderson, Lois Scoon) premade claims and falsified the counseling report in VA's favor on 12 Feb 2018 **(Exhibit 12).**

56. On **12 Feb** 2018, Mr. Bryant collects premade counseling report from Voncelle James and Angela Kendrix and locks their (VA/ORM's) premade claims into the Army's Secure Access File Exchange Safe/Server committing fraud, waste and abuse **(Exhibit 12).**

57. **On 12 Feb 2018**, L. Marie Anderson VA Central Office (VACO) Manager discriminated against the ADA Representative by: (1) contacting Angela Kendrix and cc's Lois Scoon, ORM about the premade counseling report. The coordination was done without informing the ADA Representative. This action forced the representative to waste time assisting Robert with his claims that were by designed never be acknowledge as the case was supposed to be transferred to another agency due to the conflict of interest. Hence why other agencies won't get involved and or turn a blind eye.

58. **On 13 Feb 2018,** Voncelle James and Angela Kendrix further retaliated and discriminated against the ADA Representative by ignoring and denying Robert's request to work overtime for holiday pay in February. They denied Robert's February 2018 overtime request in February although VA was behind and working overtime was mandatory**.**

59. **On 15 Feb 2018**, Mr. French Bryant ORM informs ADA Representative that VA refused to remove Robert's VOID letter of Reprimands and denies scheduled mediation for 16 Feb 2018.

60. **On 15 Feb 2018**, ADA representative informs Mr. French Bryant, that VA is violating Robert's rights. Instead of turning Voncelle James and Angela Kendrix into authorities,

Mr. French Bryant discriminates by: allowing Voncelle James and Angela Kendrix to place "measures" on mediation and will not attend mediation on 16 Feb.  Mr. French further discriminates after the ADA Representative informs ORM that they will attend mediation by falsifying the informal report in VA's favor.

61. **On or about 15 Feb 2018,** ADA Representative contacted, VA's Doctor, Dr. Jyothi Racha to informed her that VA HR had lost Robert's 2016 medical documents. The ADA Representative request Dr. Racha to expedite a copy of her medical documents to VA so Robert would not have to submit another RA packet. Instead, Dr. Racha discriminates by: (1) contacting Robert vs ADA Representative, (2) Request that Robert put in writing what the ADA Representative is requesting, (3) Once Robert request in writing that he wants the 2016 RA medical records, (4) Dr. Racha fabricates Robert's medical records by changing the date from 2016 to 2018 **(Exhibit 13).** Dr. Racha's actions caused an undue delay of Robert's RA and the ADA to waste several days assisting in helping Robert reestablish another RA packet from an honest/new Doctors.

62. **On 16 Feb 2018,** ADA Representative informed Angela Kendrix and Voncelle James to find Robert's 2016 Reasonable Accommodations. Angela Kendrix discriminated by ignoring the ADA Representative's request. Voncelle James further retaliated by taking it out on Robert. She called Robert into her office again [without his ADA representative] and then denied Robert's grievance which she has no authority to deny.

63. **On 16-19 Feb 2018**, ADA Representative decided to escalate the civil rights violation to higher VA leadership. She contacted and informed Chief of Staff, Mike Frueh, Deputy Chief of Staff, Brandye Terrell, Former Acting VBA Under Sec, Thomas Murphy and

Former VA Sec, David Shulkin. The ADA Representative requested immediate VA Leadership actions due to Robert's disability being exacerbated and undue delay of RA. VA Leadership retaliated and discriminated by first requesting information (e.g., David Shulkin and Thomas Murphy) then not responding/ignoring the request.

64. **On 16-19 Feb 2018**, ADA Representative requested VA Leadership, Mike Frueh, Brandye Terrell, Thomas Murphy (Former VBA Under Sec), and David Shulkin shield Robert from further harassment. Specifically, the ADA Advocate requested that VA Leadership place Robert in a safe environment as per OSHA 1970 by: (1) Removed from the current location, (2) Lateral Transfer to another VA Office in GA as this was a second discriminatory act (e.g., 2016 see Exhibit 1), (3) Hold Angela Kendrix and Voncelle James accountable for their civil rights and illegal actions. Leadership retaliates and discriminates against the ADA Advocate by ignoring her Reasonable Accommodations for Robert Act and denial of Safe Environment.

65. **On 20 Feb 2018,** ADA Representatives contacts VA's Leadership, Mr. Mike Frueh and Brandye Terrell via phone. ADA Representative speaks with their secretary and leaves an emergency safety message with Secretary. VA Leadership Mr. Mike Frueh and Brandye Terrell discriminates by refusing to return the ADA Representatives safety messages. Mr. Frueh and Brandye's discriminatory act forced Robert to get further medical records in violation of Executive Order 13164.

66. **On 21 Feb 2018,** Voncelle James discriminates further by sending an email to the ADA Representative stating that she just received RA for the first time. When ADA

Representative corrects Voncelle James with Angela Kendrix [2016 DMO for Robert] cc'd, Angela Kendrix fails to inform Voncelle James about the 2016 RA.

67. **On 21 Feb 2018,** HR, Kevin Brown admits in writing to the ADA Representative that VA knows Robert's medical condition. He then directs the ADA Representative to play the game and give VA what they want, in-regards to Roberts Reasonable Accommodations. What VA wants is Robert to agree to remove/delete his 2016 RA. By agreeing to remove Robert's 2016 RA, Voncelle James and Angela Kendrix are covered from violating Robert's rights on 11 Jan and VA is cleared from losing his 2016 RA packet. **(Exhibit 1). And Robert is left oppressed.**

68. **20 Feb 2018,** ORM, Mr. French Bryant, ORM further discriminates against the ADA Representative by: (1) sending her **4** premade claims (e.g., ORM's examples) and then inform the ADA representative that she has 5 days [vs the 15 days which everyone is entitled] to have Robert correct/update the claims **(Exhibit 12).**

69. The deadline date that Mr. French provided was 25 Feb [vs.17 March], Robert and the ADA Representative updated the claim within two days.

70. **22 Feb 2018,** French Bryant and VA Leadership (Mike Frueh, Brandye Terrelle, Angela Kendrix and Voncelle James) further discriminated against the ADA Representative by: (1) ignoring her submission of 21 claims on behalf of Robert via email, (2) and failing to acknowledge the basis of which the EEO claim was filed (e.g., color, retaliation, disability, age, etc.). Furthermore ORM, Mr. French (1) disconnected his fax machine, (2) failed to return phone calls, (3) went on leave/training, (4) provided a fake email

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

address that he unmonitored, (4) added Jada Britt (young scapegoat) as the next point of

contract.

71. **22 Feb to 25 Feb 2018,** Because Mr. French Bryant failed to acknowledge receipt of

Robert's initial timely claims submitted by his ADA Representative on 22 Feb, his ADA

Representative certified mailed a copy of the timely claims on 25 Feb 2018 and reminded

Mr. French Bryant and Jada Britt to stop playing games.

72. **On 28 Feb 2018,** the ADA Representative informed Mr. French Bryant that the claims

were submitted timely on 22 Feb via email to ORM and VA leadership and then again via

certified mail on 25 Feb.

73. **On 28 Feb 2018,** Mr. French Bryant and Jada Britt discriminated against the ADA

Representative by, (1) apologizing for ignoring her timely claims, (2) informing her that

they would update Roberts claims, (3) going back into the Army system and locking in

the same 3 premade claims ORM/VA submitted on 12 Feb misleading the ADA

Representative that they had updated Robert's claims and there was nothing to worry

about.

74. **24 Feb 2018,** On 24 Feb 2018, Dr. Price diagnosis Robert and resubmit reasonable

accommodation medical documents against Executive Order 13164. Note: This action

was don't because Dr. Racha fabricated Robert's 2016 RA.

75. **24 Feb 2018.** Dr. Price medical records states Angela Kendrix, Voncelle James and VA

Leadership (Dr. Racha, Mike Frueh, Denise Williams, Lois Scoon, Jada Britt, Larry

Green, Thomas Murphey, Brandye Terrell, Ronald Burke, Willie Clark, Melvin Gerrets,

Karen Agee, Kevin Brown, French Bryant, Chris Wunsch) are exacerbating Robert's

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

disability willfully by threating his job, violating his civil rights, denying RA, falsifying

medical records, issuing void letters of reprimand and etc. Dr. Price recommends that

Robert be remove out of the toxic area **(Exhibit 14).**

76. **24 Feb 2018,** the Medical documents is submitted to VA, HR and leadership retaliates

and discriminates by refusing to update Robert's Reasonable Accommodations.

77. **On 27 Feb to 8 March 2018,** Karen Agee, VA Supervisor Human Relations, contacts

ADA Representative and informs her to remove former Chief of Staff, Mike Frueh from

the ORM/ Claim.  Karen Agee and VA leadership (John Murphy, Mike Frueh, Karen

Agee, Kevin Brown, Angela Kendrix, Voncelle James, Brandye Terrelle and Willie

Clarke) discriminate by refusing to give Robert RA.

78. **28 Feb 2018,** ORM, Mr. Bryant and Jada Britt, pretend to update the counseling report

and submit VA's premade claims again into the Army's server with VA's 12 Feb (4

each) premade claims vs. Robert's 21 timely claims **(Exhibit 15).** ADA Representative is

led to believe claims are updated to reflect the truth.

79. **2 March 2018,** ADA Representative sends Voncelle James Robert's formal grievance

contesting her void letter of reprimand. Voncelle James retaliates and denies it [without

authority] on 8 March.

80. **8 March 2018,** Karen Agee and Kevin Brown discriminate against the ADA

Representative by asking the ADA Representative to have Dr. Price change her clinical

records which is against the law. To cover up: (1) 2016 lost RA and (2) Undue delay of

2018 RA, the ADA is discriminated against because now she must protect Robert by

using Family Medical Leave Act (FMLA).

81. **8 March 2018,** Kevin Brown, VA HR Reasonable Accommodation Representative further discriminates against the ADA representative by informing her in his office at VBA HQ by stating that all VA leadership is involved and if she was nice, and did whatever they want, they would give her any reasonable accommodation she wanted for Robert. Kevin Brown further discriminated by asking the ADA representative to remove the negative comments from Dr. Prices clinical records.

82. **8 March 2018,** Karen Agee, Voncelle James and Angela Kendrix further discriminated against the ADA Representative by refusing her requested reasonable accommodation and forcing them to use FMLA.

83. **8 March 2018,** Voncelle James further discriminated by going on leave vs. expediting Robert's RA.

84. **8 March 2018,** top VA leaders (Dr. Racha, Mike Frueh, Denise Williams, Lois Scoon, Jada Britt, Larry Green, Thomas Murphey, Brandye Terrell, Ronald Burke, Willie Clark, Melvin Gerrets, Karen Agee, Kevin Brown, French Bryant, Chris Wunsch) caused undue delay in RA by forcing Robert to protect himself by using FMLA leave (Sick and Regular leave).

85. **8 March 2018,** Kevin Brown inputs RA into the Rapids system and sends the RA request to Voncelle James and Chris Wunsch, VA District RA Manager. Chris Wunsch discriminates against the ADA Representative by requesting more medical records and another form, 08578E.

86. **8- 26 March 2018,** Fort Meade Dr. Randolph Moss and Dr. Price placed Robert on 2 weeks FMLA leave to give VA enough time to find his 2016 RA and or use the 24 Feb

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

medical documents to reestablish RA. On 26 March Robert returns and VA fails to establish RA. There is an undue delay because Dr. Price would not change her clinical records which is against the law.

87. **26 March 2018** Voncelle James against Robert by calling him into her office [without an ADA Rep] regarding a subjective call back email which they have not establishes an SOP. The ADA Representative contacts Theresa Davis, VA employee and asked her to act as Robert's ADA representative. After hours of convincing Teresa Davis that she will be protected under the ADA interference law, Voncelle James and Angela Kendrix violate the ADA interference law by giving Teresa Davis a bad performance rating directly after she acted as Robert's ADA representative when Voncelle James denied him his ADA Representative of choice.

88. **26 March 2018** Ronald Burke, Willie Clark, Kevin Brown, Karen Agee, Voncelle James and Angela Kendrix retaliate and discriminate against the ADA Representative by failing to develop effective RA before Robert returns to work.

89. **26 March 2018, Voncelle James and Angela Kendrix deny Robert ADA Representative of choice upon his return to work after 2 weeks FMLA leave.**

90. **26 March 2018,** Voncelle James ignores Robert's triggers after ADA Advocate informs her in writing how her ellipsis (…) triggers him. To retaliate, discriminate and demonstrate her abuse of power, Voncelle James sends an email to Robert with the ellipsis directly after Robert's ADA Representative informs her to stop exacerbating his disability.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

91. **26 March 2018,** VA Leadership (Dr. Racha, Mike Frueh, Denise Williams, Lois Scoon, Jada Britt, Larry Green, Thomas Murphey, Brandye Terrell, Ronald Burke, Willie Clark, Melvin Gerrets, Karen Agee, Kevin Brown, French Bryant, Chris Wunsch) discriminate and retaliate against the ADA Representative when the ADA Representative informs them that their undue delay of RA is affecting their son.

92. **26 March 2018, ORM,** Angela Myers manipulates Robert's claims by removing leadership names and the civil rights violations. When the ADA Representative protests, Angela Myers, ORM goes on leave and fails to update the claim.

93. **On 27 March 2018,** SES, Ronald Burke coordinates with ORM, French Bryant for a 14 April 2018 mediation. The ADA Representative agrees to mediation only if there are no tricks and VA uses Fort Meade's EEO memorandum policy which states when a civil rights violation is found, they pay. ORM and VA agree. 3 days before mediation, VA, Mr. Ronald Burke discriminates and cancels medication stating VA needs to find an attorney as if VA only has one attorney.

94. **29 March 2018, VA Leadership** (Dr. Racha, Mike Frueh, Denise Williams, Lois Scoon, Jada Britt, Thomas Murphey, Brandye Terrell, Ronald Burke, Willie Clark, Melvin Gerrets, Karen Agee, Kevin Brown, French Bryant, Chris Wunsch, L. Maria Anderson) retaliated and discriminate by not recognizing Robert's RA. The ADA Representative refused to play their game and informed them that they are exacerbating not only Robert's PTSD but hers and their son's disability for willful civil rights violations **(Exhibit 16).**

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

95. **29 March 2018, VA Leadership** (Dr. Racha, Mike Frueh, Denise Williams, Lois Scoon, Jada Britt, Thomas Murphey, Brandye Terrell, Ronald Burke, Willie Clark, Melvin Gerrets, Karen Agee, Kevin Brown, French Bryant, Chris Wunsch, L. Maria Anderson) discriminate by exacerbating her PTSD by conspiring to force Robert to run out his FMLA leave (Family Medical Leave Act), denying him entitled administrative leave, entitled emergency sick leave, and etc., in an effort to cause Robert to work without pay to ensure our family suffers.

96. **29 March to 5 April 2018** to 5 April, Chris Wunsch, VA District RA Manager discriminates by requesting that the ADA Representative get additional medical records from Dr. Price which are not needed and against the law.

97. **11 April 2018,** Gary Richard and Janice Porter, ORM schedule mediation that was a set up to fail and waste time.

98. **11 April 2018.** ADA Representative agreed to mediate if VA would be fair and eliminated the tricks. VA Leadership agreed to use Fort Meade's EEO settlement memorandum.

99. *9 May 2018,* Once VA received the information, they left mediation without a plan forward. VA discriminated with the ADA Representative because mediation is designed to collect information so VA can use against the employees later. In addition. VA's Attorney, Judy Valois acknowledges VA's civil rights violation of the EEO law by stating at the close of the mediation to the group, "***It is not time, we are too far apart***". *Judy Valois statement meant, Robert and his family would have to endure further torture and abuse by VA (e.g. (a) undue delay of RA, (b) ineffective RA, (c) denial of EEO*

*benefits for attending mediations, (d) denial of admin time for correcting falsified and perjured affidavits, (e) and ADA interference by perpetrators etc.).*

100.      **13 April 2018**, Voncelle James and Chris Wunsch discriminated against the ADA Advocate by admitting ADA interference, 1973 Rehabilitation violations at the interactive meeting. https://www.youtube.com/watch?v=z-smuc7Iccc&t=184s.

101.      **On or about 24 April 2018,** Voncelle James, Chris Wunch and VA Leadership present an ineffective RA plan against Robert board certified doctor's request in retaliation and in discrimination against the ADA Advocate by ignoring how their civil rights violations against Robert (husband and father) is causing her and her son's PTSD to be re-triggered and exacerbated when VA willfully denies Robert civil rights and abuse their power using Congressionally Appropriated funds.

102.      **On or about 24 April 2018**, Voncelle James and Chris Wunsch's discriminates against the ADA Representative by purposely presents an ineffective RA plan for Robert against his doctor's restrictions. VA leadership (Ronald Burke, Mike Frueh, Brandye Terrell, Angela Kendrix, Karen Agee, Willie Clark) retaliated and discriminate by ignoring the facts.

103.      **On or about 24 April 2018,** VA leadership (Voncelle James, Angela Kendrix, Judy Valois, Chris Wunsch, Karen Agee, Mike Frueh, Ronald Burke, Wille Clarke) discriminate against the ADA representative after she informed them that their lack of care and failure to take actions reference establish effective RA, is affecting her son, Austin to have a reset while exacerbating Robert's disability on purpose.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

104.     **25 April 2018,** Chris Wunsch causes undue delay of Robert's RA by reminding the ADA Representative that the VA has 14 days to respond to her reconsideration request to their ineffective RA.

105.     **30 April 2018,** Gary Richard discriminates by failing to insure Voncelle James claim ref: failure to develop an ineffective RA plan is added to 9 May 2018 mediation.

106.     **7 May 2018,** Angela Kendrix discriminates against the ADA Advocate and exacerbates her PTSD by submitting an ineffective RA plan against Dr. Price's restrictions.

107.     **7 May 2018,** ORM investigators, Mr. William and Daniel Spilsbury discriminates against the ADA Advocate by attempting to trick her into accepting outdated and skewed affidavits in VA favor.

108.     **9 May 2018,** VA and ORM (Judy Valois, Ronald Burke, Voncelle James, Chris Wunsch and Angela Kendrix) tricked Robert and support group (Robert Smith, Lee Smith, Rowena Mangram, Larry Hughes, and Niki Jones) to mediation which they had no plan to make wrong right. Civil rights violations were acknowledged, and VA bolding left as they have an executive order that allows them to control the ORM/EEOC phases from start to finish.

109.     **10 May 2018,** ORM Investigators, William Lynch and Daniel Spilsbury, Angela Myers discriminate by trying to bully the Representative to take the outdated claims vs. transferring the case to an outside third party due to the conflict of interest as per regulations.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

110.      **15 May 2018,** VA leadership, Voncelle James, Angela Kendrix, Ronald Burke, Judy Valois and Karen Agee denied Robert entitled admin leave in retaliation of ADA Representative's request. They discriminate against the ADA Representative by stating enough admin was provided knowing the entire affidavits had to be redone due to their manipulation with the claims and paying for the Third Party, Gail Leary and Dr. Anne Klein.

111.      **16 May 2016**, Gail Leary, Third Party, US Postal Services accepted Robert's updated 62 claims and then discriminates against the ADA representative by telling her to send everything to her due to the conflict of interest case. Once the ADA Representative sends the updated 62 claims to Gail Leary, Gail Leary, replaces Robert's 62 claims and replaces the claims his claims with VA's outdated claims. Her actions caused oppression and disbelief in the system.

112.      **On or about 9 May 2018,** Paul Lawrence ADA Representative research out to VA leadership and Paul Lawrence responds then ignores the safety request to give command involved.

113.      **31 May 2018,** once the ADA Representative discovered more conflict of interest from the Third Party, we requested the case be transferred to OEDCA for a final decision or sent to another agency [as per regulation]. ADA Advocate asked VA leadership and ORM how does one get justice if everyone is involved in the corruption. VA/ORM, L Maria Anderson and Lois Scoon discriminate as they have been tracking the EEO process and stay nothing until Eric another district manager reminds the ADA Advocate that L

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

Marie Anderson is running the show. The other ORM/VA leaders turn a blind eye to the EEO/ORM fraud, waste and abuse.

114.    **31 May 2019, once corruption with** Third Party, Gail Leary is discovered to conduct an exparte meeting with ORM/VA in VA's favor. The ADA Representative complains and the Third-Party contractor, Dr. Anne Klein discriminates by **not** reporting the discrimination to higher as per regulation but inform the ADA Representative that her hands were tied because VA/ORM (L. Marie Anderson, Scoon, Ronald Burke, Willie Clark) were paying the bills which is against the rules.

115.    **1 June 2018**, Third Party (Gail Leary) discriminated against the ADA representative by lying to her. She said she was honest and would conduct the EEO process as such. However, on or about 1 June, she conducted an exparte meeting with VA (Elizabeth Hawkins, Angela Myers. L. Marie Anderson, Scoon) while ignoring the illegal issues.

116.    **4 June 2018**, Gail Leary and ORM, Elizabeth Hawkins discriminated against the ADA Advocate by not allowing Robert's EEOC claim to reach OEDCA. The process was misleading.  Elizabeth Hawkins, ORM redirected Robert's claims from the mail room back to ORM while Gail Leary, Dr, Klein, and VA/ORM leadership watched.

117.    **4 June 2018**, Gail Leary, Postal Service discriminated by making the ADA advocate believe that there would be a "spin off" due to Gail Leary illegal EEOC actions, exparte meeting with ORM, VA and the fraud, waste and abuse.

118.    **4 June 2018,** RA admin leave denied by Chris Wunsch vs. Sec Wilkie.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

119.     **4 June 2018**, Angela Kendrix and Voncelle James exacerbates the ADA

Advocates disability by refusing to recuse themselves as the EEO complaint is against

them and leadership from the start. ORM/VA leadership exacerbate ADA Advocate's

PTSD because the case is a fake EEO case which VA is controlling. To make matters

worse (1) the assumption of command orders for Dr. Klein to investigate is not even valid

and (2) Voncelle James, Angela Kendrix, Chris Wunsch, ORM are allowed to abuse their

authority while leadership and Judy Valios guides their unprofessional behavior using tax

dollars.

120.     **4 – 12 June 2018, VA leadership** (Ronald Burke, Karen Agee, Kevin Brown,

Angela Kendrix, Judy Valois, Voncelle James, denies Robert's ADA Request for RA

FMLA Sick Leave, Front leave, NO fault leave, RA admin leave, 240 hours leave, ADA

representative on site in an effort to abide Robert's board- certified doctor's orders. All

request denied.

121.     **13 June 2018, Chris Wunsch exacerbates ADA Representative PTSD by lying

and** stating he can only receive Reasonable Accommodations request on VA form 0857e**.**

122.     **14 June 2018, ADA** Representative sends ADA Request to VA leaders,

Margarita Devin, Robert Wilkie, Paul Lawrence, Mike Frueh, Ronald Burke, Willie

Clark and Angela Kendrix for help as this is a safety and civil rights issue. Angela

Kendrix exacerbates ADA Advocates PTSD when she discovers Angela Kendrix closed

the request through SALESFORCE.

123.     **18 June 2018,** VA Leadership (Voncelle James, Angela Kendrix, Ronald Burke,

Willie Clark, Paul Lawrence, Margarita Devlin, Thomas Murphey, Mike Frueh, Brandye

Terrell, Karen Agee, Kevin Brown, French Bryant, Chris Wunsch, Judy Valois, Denise Williams, L. Marie Anderson, Lois Scoon) fail to protect Robert from further harm and orders back to work to report to the perpetrators, Voncelle James and Angela Kendrix. The entire ORM and VA leadership listed above discriminate against the ADA Representative by not protecting her husband. They discriminate against her and trigger her and her son's disability because they are African American. Specifically, they discriminate because she is a Disabled War Veterans with PTSD married to a White Service Disabled Veterans. There is no excuse for VA leaders with a motto that states "I CARE" not to care unless they want to paint an illusion to the public to deceive the tax payers, misuse of congressionally appropriated fund and/or receive votes.

124.      **19 June 2018, Angela Kendrix** orders the office to start PRODUCTION on day after Robert is ordered by VA back to work against Dr.  Prices orders and after VA denied his RA leave (e.g. RA FMLA Leave, 240 Sick leave and etc.). When the ADA Representative informs Angela Kendrix that starting production is another VA reoccurring retaliation trick then asked her to abide by Robert' s doctors restriction and allow him to work from home away from the known triggers (Angela and Voncelle) and or allow the ADA Rep to come to work with Robert on Tuesdays and Fridays (non-telework days) to protect him from the triggers, Angela Kendrix discriminates against the ADA Advocate by ignoring her RA request then having Voncelle James sending a message to the ADA Rep [addressed to Robert] stating Robert has no rights. He has is not entitled to an AD Rep in the office.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

125.     **19 June 2018,** Voncelle James, Angela Kendrix and Chris Wunsch uses Dr. Prices updated medical data on Robert against what every Dr. Price and the ADA Representative Request as effective RA for Robert causing further harm.

126.     **25 June 2018,** Dana M. Dizel, IG Whistleblower investigator collects: (1) all safety violations (2) hard evidence and discriminates against the ADA Advocate as she does absolutely nothing with the hard evidence and safety issues.

127.     **On or about 25 June 2018,** Voncelle James agrees to approve a portion of his 240-sick leave if Robert understands that he is not entitled to an onsite ADA Advocate. After Robert's ADA Advocate challenges Voncelle James, she discriminates by having the ADA Advocate encourage Robert to fill hour the 240-hour sick request then denies it.

128.     **13 July 2018,** Voncelle James (trigger) forces herself in Robert's cubicle and trains him one-on-one against the ADA interference law, 1973 Rehabilitation

129.     **On or about 13 July,** VA ignores Dr. Prices guidance and request to meet with Leadership (Karen Agee, Kevin Brown, Voncelle James, Angela Kendrix, Ronald Burke, Willie Clark, Chris Wunsch) to inform them how their ineffective RA is setting Robert back. Leadership ignores Dr. Price request to help keep Robert safe.

130.     **On 30 July 2018,** https://www.youtube.com/watch?v=P1eRN2TcFFs&t=341s a tape-recorded interactive meeting was conducted. The topic of discussion was: (1) VA not paying attention to Dr. Prices restrictions, (2) VA ordering Robert back to work against his board-certified doctor's orders, (3) the EEO complaint against the perpetrators, Voncelle James, Angela Kendrix, Chris Wunsch and Leadership, (4) How Robert's disability is not getting any better because he was not allowed to heal, (5)

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

Voncelle James playing doctor and denying Dr. Prices reasonable accommodation requests which specifically involved staying away from Robert. The ADA representative requested that Robert stay away from the trigger as he has PTSD. Voncelle James discriminated by ignoring Dr. Price guidance and ordered Robert into her office the next day on 31 July 2018 while denying his Reasonable Accommodations.

131.    **On 31 July 2018**, Voncelle James willfully violated the OSHA 1970 act and ADA interference law by ordering Robert into her office without his first and secondary ADA Representative. https://www.youtube.com/watch?v=thtXy3tWd8c&t=2173s She denied ADA Accommodations to cause further harm as she is trained and knew what she was doing. Her act was criminal and unbecoming of GS14.

132.    **On 31 July 2018**, Judy Valois and Voncelle James discriminated against the ADA Advocate by refusing to explain why justifying why Voncelle James actions were acceptable. Chris Wunsch, VA RA Districts Manager attempted to gaslight the situation by stating Voncelle James as the perpetrator and supervisor had every right to violate Robert's civil rights because she was his supervisor who knew best.

133.    **On 31 July to 2 August 2018**, Chris Wunch discriminated against the ADA Representative by ignoring her request for an OSHA investigation a privilege that everyone who works is entitled once requested.

134.    **On 31 July 2018** after the ADA discovered the Voncelle James violated her husband civil rights, she contacted Judy Valois and asked her to guide VA leadership right. Judy Valois discriminated by ignoring the response and ordering Chris Wunsch to go on leave vs. answering a safety issue.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

135.    **On 31 July 2018** the ADA representative reached out to all VA leadership and asked them to hold Voncelle James accountable for her actions and keep Robert away from him. The VA leadership discriminated by refusing to respond and by encouraging Voncelle James to continue the abuse (e.g. void letter of reprimand and etc.).

136.    **From 31 July 2018 to 14 August 2018**, Voncelle James, Chris Wunsch and John Green, OSHA VA refused to process an OSHA investigation request to cover up VA's illegal actions.

137.    **On or about 31 July 2018**, Dr. Anne Klein and Gail Leary aware of VA HQ's abuse and discriminated against the ADA Advocate when she asked them to report it to higher as per VA Directive Handbook, 770 and OSHA 1970. Dr. Klein and Gail Leary refuse to report the abuse to higher but annotated Gail Leary's transmittal letter sent through the mail on 18 Oct 2018.

138.    **1 Aug 2018**, General Joe Dunford agreed to contact VA IG on Veteran Affairs **as fraud, waste and abuse was involved.**

139.    **2 Aug 2018**, ADA Representative asked Chris Wunsch to place Robert on emergency RA leave due to Voncelle James illegal actions on 31 July 2018. Chris Wunsch ignores the safety issue, abuse and goes on leave.

140.    **6 Aug 2018,** Voncelle James retaliates against Robert by emailing him an annual vs. monthly rating. She gives Robert a bad review for the year forgetting: (1) she gave him a good monthly report card before the retaliation started in January, (2) told HR, Supervisor, Karen Agee on 8 March that Robert was doing well and (3) annual reviews are done annually (Oct) vs. monthly and (4) Robert has not been at work long enough for

her to give a monthly rating, (5) ignorant of the fact she is the main criminal violating his rights. Voncelle James uses President Trumps, Whistleblower Accountability against him in her illegal retaliation.

141.　　**7 Aug 2018,** Angela Kendrix send a message to ADA Representative and states that she sounds angry in her email messages therefore, VA will not address her unless she and Voncelle James plan to discipline Robert. **Angela Kendrix leave out the fact that her retaliation is against the law and how her actions are preventing the ADA Representative from doing an effective job as an ADA Representative.**

127.　　**8 Aug 2018**. Voncelle James send ADA Representative stating that she is proposing a 5-day suspension without pay for Robert leaving her mandatory 31 July 2018 meeting. Voncelle James left out the fact [in the document] that she violated Robert's civil rights and interfered in the ADA interference law by denying Robert ADA accommodations.  Voncelle James also refuses to include that she is the issue and the one violating Robert's civil rights without fear and with the support of VA leadership, Mike Frueh, Ronald Burke, Angela Kendrix, Robert Wilkie, Paul Lawrence, Margarita Devlin, Thomas Murphy, Willie Clark, and etc.

128. **9 Aug 2018,** Voncelle James in discrimination denies ADA Representative's request to allow Robert an extension to answer her void 5-day suspension as his anxiety, depression and PTSD has been exacerbated due to her illegal acts.

129. **13 Aug 2018,** Judy Valois admits in writing that (VA management) denied Robert's admin leave illegally on or about 14-16 May 2018 after VA, ORM and Third-Party Gail

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

Leary manipulated the EEOC process and trashed Robert's 62 claims and replaced it with VA/ORM's outdated claims.

130. **14 -15 Aug 2018,** VA refuses emergency Reasonable Accommodation leave (240 hours) when Robert is evacuated to the hospital with a stroke due to the stress, retaliation and his disability VA has caused **(Exhibit 17 and 23).** Robert's ADA Advocate reaches out to the VA Command, Robert Wilkie, Dr. Paul Lawrence, Margarita Devlin, Willie Clarke, Ronald Burke and etc. and discriminated against as Mr. Wilkie sends out a message to his employees that discrimination and retaliation is not allowed.

131. **14 – 15 Aug 2018, VA OSHA**, John Green discriminates against the ADA Representative and causes her PTSD to exacerbate as he refuses to conduct an OSHA inspection when requested. He informs her to report her concerns to ORM, the same organization that has proven fraud, waste and abuse in VA's favor.

132. **14 - 15 Aug 2018, OSHA Regional** refuses to conduct an OSHA inspection when requested. OSHA Regional informs ADA Representative to not expect justice because VA ORM/EEO process is rigged to trick the tax payers. OSHA Regional states everyone is involved in DC as the program is controlled by the very rich. ADA protest and request OSHA Regional do their job and inspect when VA OSHA denies request. OSHA Regional said they get several calls every day from employees who they cannot help because the system is aired tight. Hence why Voncelle James, Chris Wunsch, Angela Kendrix, Jada Britt, French Bryant, Gary Richardson, L Marie Anderson, Lois Scoon, Ronald Burke, Denise William, John Green, Gail Leary, Dr. Klein and etc. are okay

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

violating civil rights and discriminating as it is all about cheating tax payers or "the money".

133. **15 Aug 2018,** VA leadership (Paul Lawrence, Margarita Devin, Chris Wunsch, Voncelle James, Kevin Brown, Karen Agee, Angela Kendrix, Mike Frueh, Ronald Burke, Willie Clark) discriminate against the ADA Representative as they failed to respond about denied Safety inspection.

134. **20 Aug 2018**, Senator Ben Cardin and Congressman Ruppersberger's representative Danny Evans and Ashley Meyer respectfully informed about ADA and EEOC violation, fraud, waste and abuse and congressional appropriated funds being abuse. They listen, allow VA to miss 6 months deadlines, ignore the truth, make excuses for VA corruption as they approve the congressional appropriated funds to help VA cheat the public. Unacceptable for anyone who representative "the people".

135. **23 Aug 2018**, Angela Kendrix discriminates against ADA Advocate when she asked her why she denied Robert's RA 240 emergency leave on 14 Aug 2018 when he was evacuated the hospital, a leave everyone is entitled. Angela Kendrix first states that she is waiting to 20 Sep to answer the RA question. When the ADA Representative informs Angela Kendrix that is a RA denial due to the undue delay, Angela Kendrix further discriminates and abuses her authority by stating VA has an undue hard ship. She then denies Robert RA 240 emergency leave. She announces VA has an undue hardship which is something only the Sec Wilkie can announce and while VA hold millions of dollars of PTSD suicide money.

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

136. **23 Aug 2018**, Voncelle James starts padding Robert's personnel records with void disciplinary documents (e.g., letter of reprimand). Letters of Reprimands are only issues out by Division Chief and Sections Chief. When the ADA representative reminds VA of their regulation of Voncelle's illegal retaliation they cover themselves in Oct 2018 by removing Mr. Willie Clark and Ronald Burke from Division Chiefs. Then place Mike Frueh over Voncelle James and Angela Kendrix. Mike Frueh then announces his sections does not have Division Chiefs therefore, forget about 5021, Angela Kendrix and Voncelle James are now entitled to determine how they are going to submit illegal void orders.

137. 28 Aug 2018, Dr. Klein and Gail Leary ignore the 180 requests to transfer the case from Gail Leary's and Dr. Klein's case to EEOC.

138. **On or about 1 Sep 2018**, VA Chris Wunsch and Voncelle James and VA leadership attempts to cover themselves by requesting that Robert be transferred while he is recovering from his stroke.

**139. On or about 7 Sep 2018**, ADA Representative request EEOC Judge provide status of case which was transferred to her on 28 Aug, EEOC judge informs ADA Representative to contact the agency which is not the correct answer.

**140. On or about 14 Sep 2018.** Gail Leary attempts to gaslight the ADA representative into getting her to approve VA more time for the investigation.

141. **On 14 Sep 2018.** Angela Kendrix and Voncelle James retaliates and uploads the void 5-day suspension to Robert's personal file.

142. **On or about 24 Sep 2018**, although ADA representative informs VA about the recovery Robert's status, VA leadership discriminates against the ADA Representative

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

and contacts Fort Meade police and send the Police over to the Bozgozes to check on Robert. The Bozgozes report VA's unacceptable behavior to Fort Meade.

143. **On 1 Oct 2018**, Voncelle James then retaliates and discriminates by filing a leave usage knowing Robert was recovering from a stroke that could have been prevented had VA followed his board-certified doctor's orders. An illegal retaliation act designed to cover Voncelle James and the VA leadership. Voncelle James leave out the fact that she is the issue and the doctors protecting Robert from her and VA's abuse **(Exhibit 14).**

144. **On 3 Oct 2018**, Voncelle James retaliates by requesting additional information from Robert's doctors to explain what she already knows which she and VA exacerbated Roberts condition is until he suffered a stroke **(Exhibit 12).** This action is another discriminatory act to paint Robert as a disciplinary problem while painting Voncelle James and leadership as the ICARE organization.

145. Although Gail Leary and Dr. Klein is required to send all Robert's ORM/EEO and evidence to EEOC within 2 weeks after 28 Aug (180 days or on 12 Sep 2018), **On 4 Oct 2018,** EEOC judge, **Judge Frances** Deltoro ordered VA extra hours to submit affidavits.

146. **On 5 Oct 2018**, ADA Rep informed Dr. Klein that Robert did not feel comfortable responding to VA leadership affidavits because they had perjured themselves on their signed affidavits which is equivalent to 5 years in prison. Dr. Klein stated that Robert's response was due on 9 Oct 2018.

147. **On 9 Oct 2018,** ADA Rep informed Dr. Klein and Gail Leary that VA leadership (Willie Clark, Ronald Burke, Angela Kendrix, Voncelle James, Chris Wunsch, and Kevin Brown perjured themselves).

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

148. **On 10 Oct 2018,** Gail Leary falsified EEOC transmittal documents.

149. **On 18 Oct 2018,** Gail Leary willfully commits mail fraud to cover VA while Tamra S. Schweiberger says nothing.

150. Upon receipt of transmittal files on **20 Oct 2018**, ADA representative discovered VA fraud, waste and abuse and informs Gail Leary and Tamra Schweiberger who discriminates and say nothing

151. Upon receipt of transmittal files ADA Representative discovers ORM, L. Marie Anderson, Loise Scoon directed Angela Kendrix and Voncelle James to submit Robert's personal files, dependents files and beneficiaries' files to ORM. Voncelle James records state that she submitted these files to investigator, **Cindy Boyd** on or about April 6, 2018 **(Exhibit 12 and 18).**

152. **Cindy Boyd** confirm that Voncelle James lied on her transmittal letter which is connected to ADA Representative's PTSD Claim a separate issue

153. **On 29 Oct 2018**, VA interfered with ADA Representative's PTSD claim and Robert's EEOC claims violating the privacy act.

**154.**   On or about 20 Oct 2018, Mike Frueh, discriminated against the ADA Representative by sending the final grievance ref: void 5 days suspension to Robert's email while he was recovering from a stroke. The ADA Representative did not discover Mike Frueh's action until on or about 18 Jan 2018 when Judy Lane, informed her through a worker's compensation response that was riddled with false facts.

**155.** On or about 13 December 2018, the ADA Representative informed Mike Frueh, that Robert was entitled to admin time for working on his EEO complaint **(Exhibit 19).**

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

Robert requested that he be paid immediately as per regulations and for the following admin days: 4 Oct to date as he had to work on perjured EEOC documents. Mike Frueh directed Voncelle James to answer the request. Voncelle James and Mike Frueh further discriminated by denying the admin request stating Robert had sufficient time to complete the fraudulent and perjured documents. Voncelle James then sends a copy of the Admin leave [that reminded the ADA advocate of VA's 16 May 2018 Admin denial after Robert discovered how Gail James (Third Party) participated in an exparte hearing with Veterans Affairs and ORM and replaced Robert's 62 claims with outdated claims] Voncelle James further discriminated against the ADA Representative by ignoring the initial request which was to reward administrative time to Robert as per regulation due to VA's and the Postal Service's fraud waste and abuse on 4 Oct 2018 to date.

156. **On 18 January 2018**, VA disagreed with Robert's workers compensations by hiring a third party, Lifecare/Workers' Compensation Center to submit false facts. When Judy Lane from Lifecare acknowledging receiving evidence, ADA Representative questioned why Judy would submit false facts. Judy discriminated and said she was hired and worked for VA. Judy also highlighted that cases such as Robert's were going to take long. ADA Representative informed Judy that cases that consisted of false facts should take longs as she was part to the problem vs. the solution especially if VA is hiring her with tax dollars. Judy discriminated by failing to respond.

157. This case involves fraud, waste, abuse, perjury, and an EEOC system that needs to be reformed.  To continue to turn a blind eye to the corruption is wrong.

158. This ORM/EEO case should have been easy to resolve had rules and regulations been followed.  The case [abuse and discrimination] lasted for over 1 year. By leaders not

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

doing their jobs they are paid to do, the ADA Representative was forced to stop working on other cases that involved State and Federal Judges issuing void orders without establishing subject matter jurisdiction:

(1) Washington State Judge https://www.youtube.com/watch?v=_fShAc4UCyQ
https://www.youtube.com/watch?v=gB7koqy019I

(2) Federal Judge: http://christopher-king.blogspot.com/2018/02/kingcast-sees-old-pals-federal-judge.html

(3) Howard County, Maryland Judge **(Exhibit 20)**

(4) Anne Arundel, Maryland Judge **(Exhibit 20)**


158.  The public deserves better from state, federal and now Veterans Affairs as the government cannot expect soldiers to fight for civil rights overseas when civil rights are being violated in our own back yard in the United States. The attached hard evidence is indisputable proof of government officials ignoring civil rights.

159. If anyone receives appropriated funds for not doing their job, it is pay. If they receive funds from a third party for not doing their job, it is a bribe. The American people deserve better.

**IV.**
**PRAYER**

WHEREFORE, Plaintiffs prays for judgment against the defendants in their **official** and **individual capacity** in an amount of damages determined to be fair and reasonable as shall be proven at the time of **TRIAL BY JURY** and allowed **plus pre-judgment interest at the highest rate allowed by law** (e.g., RICO, 1981, 1983, RICO, HIPPA, OSHA 1970 and **etc.),** plus taxable costs and disbursements, plus interest on the

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107

judgment at the highest rate allowed by law from the date the judgment is rendered until

paid, and for such other and further relief that the Court deems as just, equitable, and

proper in these circumstances.

DATED this <u>28</u> day of January 2019.


_____          _____
Margaret Sue Bozgoz                       Austin Bozgoz
Pro  Se                                   Pro- Se

Margaret and Austin Bozgoz
3553 Burr Court Unit A
Fort Meade, MD 20755
(410) 858-0107