**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| _____ )<br><br>MARGARET BOZGOZ, *et al.*,                                  )<br>                                                                         )<br>                                      Plaintiffs,          )<br>                                                                         )<br>              v.                                                    )<br>                                                                         )<br>VONCELLE JAMES,                                      )<br>*Supervisory Management Analyst,*                )<br>*VBAOCR, et al.*,                                             )<br>                                                                         )<br>                                      Defendants.       )<br>_____ ) | Civil Action No. 19-0239 (ABJ) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, and pursuant to Federal Rules of Civil Procedure 12 and 58, it is hereby

**ORDERED** that defendants' motion to dismiss [Dkt. # 52] is **GRANTED IN PART AND DENIED IN PART**.  It is

**FURTHER ORDERED** that defendant Judge Frances Del Toro's motion to dismiss [Dkt. # 57] is **GRANTED**.  The claims against defendant Dr. Anne Klein will also be dismissed. *See* [Dkt. # 54].

The only claim going forward will be Claim 1 – which is comprised of claims based on violations of Title VII, the ADEA, and the Rehabilitation Act.  These claims will need to be further clarified and particularized in the future. The only remaining defendant in this action will be Robert Wilkie, in his official capacity as Secretary of Veterans Affairs.  Any claims brought against Robert Wilkie in his individual capacity are dismissed.

Given those rulings, the following defendants are **DISMISSED** from the action:

1. Angela B. Myers
2. Angela Kendrix
3. Chris Wunsch
4. Dana M. Dizel
5. Daniel Spilsbury
6. David Fitchett
7. Denise Williams
8. French Bryant
9. Gary Richardson
10. Jada L. Britt
11. James M. Byrne
12. Judith Valois
13. Dr. Jyothi Racha
14. Karen Agee
15. Kevin Brown
16. Lakiaha Marie Anderson
17. Lois Scoon
18. Margarita Devlin
19. Melvin Gerrets
20. Mike Frueh
21. Paul Lawrence
22. Ronald Burke
23. Voncelle James
24. Willie Clark
25. Megan Brennan
26. Gail M. Leary
27. Judge Frances Del Toro
28. Dr. Anne Klein

It is **FURTHER ORDERED** that because Claim One does not include any claim that Margaret Bozgoz can pursue on her own behalf, she is **DISMISSED** from the case as a plaintiff. Movant Lance Fulgium has never been added to this case as a plaintiff.

These rulings defining the claims in the case and the identity of the parties will govern the scope of discovery and dispositive motions in the future unless they are amended by order of this Court, and references to dismissed claims in subsequent pleadings may be stricken *sua sponte*.

Mr. Bozgoz is permitted to proceed *pro se* and represent himself, but Mrs. Bozgoz may not represent him in this matter. Mr. Bozgoz may inform the Court by September 4, 2020 if he is requesting that the Court appoint counsel to represent him or if he is requesting that the Court appoint counsel to represent him or if Rule 17 is applicable. Fed. R. Civ. P. 17 (providing for the appointment of a guardian ad litem for an incompetent person who does not have a duly appointed representative)

Finally, in connection with Dr. Klein's counter-claims, *see* Answer & Counter-Claims [Dkt. # 54] at 13–14, Dr. Klein is **ORDERED** to show cause by September 4, 2020 why the Court has subject matter jurisdiction given the amount-in-controversy requirement of diversity jurisdiction.   28 U.S.C. § 1332(a).   Dr. Klein is **FURTHER ORDERED** to show cause why venue is appropriate in the District of Columbia under 28 U.S.C. §1391(b) ("A civil action may be brought in – (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated[.]").   Any remaining participation by Mrs. Bozgoz in this case as a counter-defendant will be determined after the Court has received Dr. Klein's response.

   **SO ORDERED**.


AMY BERMAN JACKSON
United States District Judge

DATE:   August 14, 2020

3